**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:  Sherwood Investments
Overseas Limited Incorporated

SHERWOOD INVESTMENTS
OVERSEAS LIMITED
INCORPORATED,

      Plaintiff,

v.                                                                                  Case No:  6:15-cv-1469-Orl-40TBS

THE ROYAL BANK OF SCOTLAND
N.V.,

      Defendant.
_____/

## SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Defendant, The Royal Bank of Scotland N.V., supplements its Notice of Pendency of Other Actions (the "Notice") filed herein on September 22, 2015 (Doc. 26), and further certifies that, in addition to the cases identified in the Notice, it yesterday discovered that the instant action:

__X__ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                         United States of America v. Benscher, United States District Court, Middle District of Florida, Orlando Division, Case No. 6:15-cr-221-Orl-37DAB.

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than fourteen days after appearance of the party.

Dated: February 23, 2016.

                                                                  */s/ I. William Spivey, II*
I. William Spivey, II
Florida Bar No. 701076
spiveyw@gtlaw.com
Courtney M. Keller
Florida Bar No. 28668
kellerc@gtlaw.com
Colin S. Baker
Florida Bar No. 66352
bakerco@gtlaw.com
GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone:  (407) 420-1000
Facsimile:   (407) 841-1295
*Counsel of Record for Defendant,*
*The Royal Bank of Scotland N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of February, 2016, I electronically filed the foregoing **The Royal Bank of Scotland N.V.'S Supplemental Notice of Pendency of Other Actions** with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael J. Beaudine, Esquire
R. Scott Shuker, Esquire
Mariane L. Dorris, Esquire
Justin Luna, Esquire
Latham, Shuker, Eden & Beaudine, LLP,
111 North Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5000
Bus Fax: (407) 481-5801
Email: beaudine@lseblaw.com
Email: rshuker@lseblaw.com
Email: mdorris@lseblaw.com
Email: jluna@lseblaw.com
*Counsel for Debtor/Plaintiff, Sherwood Investments Overseas Limited, Inc.*

    Respectfully submitted,

    GREENBERG TRAURIG, P.A.
    450 South Orange Avenue, Suite 650
    Orlando, Florida 32801
    Telephone:  (407) 420-1000
    Facsimile:   (407) 841-1295

    By: */s/ I. William Spivey, II*
        I. William Spivey, II
        Florida Bar No. 701076
        spiveyw@gtlaw.com
        Courtney M. Keller
        Florida Bar No. 28668
        kellerc@gtlaw.com
        Colin S. Baker
        Florida Bar No. 66352
        bakerco@gtlaw.com
    *Counsel for Defendant, The Royal Bank of Scotland N.V.*

MIA 185137959v1123603010100